**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Miller Manufacturing Company,

Plaintiff,

v.

HerculesAG LLC,

Defendant.

Case No. 25-cv-0113 (JMB/DJF)

**IDR ORDER**

---

On September 23, 2026, the Court held an Informal Dispute Resolution (IDR) hearing to address the parties' disputes regarding Defendant HerculesAG LLC's requests for discovery and request to extend the fact discovery deadline. The Court issued its ruling at the hearing and memorializes its Order below.

**ORDER**

Based on the forgoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Miller Manufacturing Company shall produce photographs of representative examples of each product, including the packaging of such products, that Plaintiff contends incorporates Plaintiff's claimed marks and which Plaintiff alleges Defendant is infringing. Plaintiff shall identify each photograph by the product number of the product depicted.

2. Plaintiff shall provide to Defendant a certification, as to each of the nine numbered requests of "[s]pecific documents identified in prior production" listed in the parties' joint IDR communication to the Court: (1) stating which produced documents (identified by Bates number) are responsive; and (2) if no Bates number is identified, confirming Plaintiff has conducted a diligent search and found no responsive documents. The certification shall be signed by a duly authorized representative of Miller Manufacturing Company.

3. Defendant's remaining IDR requests are **DENIED**.

4. The parties shall meet and confer in a good faith effort to resolve any disputes regarding the discovery ordered herein.

5. Plaintiff shall produce the documents ordered herein on or before **October 23, 2026**.

6. The pretrial deadlines are amended as follows:

    a. Limited fact discovery, including only the discovery ordered herein and any depositions that may rely on such discovery: **November 23, 2026**. The deadline for all other fact discovery remains **September 17, 2026**.

    b. Non-dispositive motions related to the limited discovery and depositions permitted pursuant to this Order: **November 23, 2026**. The deadline for all other non-dispositive motions related to fact discovery remains **October 2, 2026**.

    c. Disclosure of initial expert identities: **December 14, 2026**.

    d. Service of initial expert reports: **January 19, 2027**.

    e. Disclosure of rebuttal expert identities and service of rebuttal reports: **February 22, 2027**.

    f. Close of expert discovery: **March 22, 2027**.

    g. Non-dispositive motions related to expert discovery: **March 29, 2027**.

    h. Dispositive motions: **May 6, 2027**.

    i. Trial ready date: **September 7, 2027**.

All other deadlines remain in full force and effect. The Court cautions the parties that additional extensions to the pretrial schedule are unlikely to be granted.

Date: September 23, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge